UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 16 AM 9:29

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jesus CHAVEZ-Hernandez,**<br>**AKA: Jose De Jesus CHAVEZ-Hernandez**<br><br>Defendant | Magistrate Docket No.<br>**07 MJ 2678**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 14, 2007**, within the Southern District of California, defendant, **Jesus CHAVEZ-Hernandez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **NOVEMBER, 2007.**

_____
Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Jesus CHAVEZ-Hernandez
AKA: Jose De Jesus CHAVEZ-Hernandez

## PROBABLE CAUSE STATEMENT

On November 14, 2007 at about 1:50 p.m. Supervisory Border Patrol Agent D. Dailey, Senior Patrol Agents C. Walker, A. Kahl, and R. Jovero were performing southbound checks at the San Ysidro, California Pedestrian Port-of-Departure, The focus of the operation was to identify and arrest southbound foot guides and alien smugglers attempting to enter Mexico. Agents Walker and Dailey were wearing tactical raid vests with exposed badges and prominent Police and Federal Agent markings. Agent Jovero was wearing a Border Patrol uniform. Agent Kahl was wearing civilian clothing and as part of the operation, was tasked with visually identifying suspected smugglers attempting to enter Mexico. Agent Kahl was positioned some 25 yards north of the entrance walkway to the pedestrian Port-of-Departure alongside Camiones Way.

Agent Kahl saw an individual later identified as the defendant **Jesus CHAVEZ-Hernandez** walking southbound on the sidewalk, passing his location, and heading towards the pedestrian point-of-Departure. Agent Kahl recognized the defendant as a foot guide whom he had previously arrested.

Agent Kahl contacted Agent Dailey and asked him to detain the defendant as he approached the pedestrian turnstiles. Agent Dailey initiated a consensual contact with the defendant as he passed his location, identified himself as a Border Patrol Agent, and questioned the defendant as to his immigration status. The defendant stated that he was a Mexican citizen, and that he was illegally present in the United States. Agent Dailey placed the defendant under arrest and was attempting to place him in handcuffs, together with an unidentified San Diego County Probation officer, when the defendant bolted and fled northbound, attempting to escape from custody. The defendant was pursued by Agents Dailey, Walker, Jovero, and Kahl. After a brief foot chase the defendant was handcuffed by Agents Walker, Jovero and Kahl.

The defendant was transported to the San Ysidro Port-Enforcement Team (PET) where his fingerprints were entered into processing systems. This revealed that the defendant is a documented alien smuggler. The defendant was transported to the Chula Vista Border Patrol Station for further processing.

Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 14, 2007,** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico and that he was present in the United States without being in possession of any immigration documents that would allow him to enter or remain in this country legally.